UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JACOB MICHAEL KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:24-cv-02248-JRS-MKK |
| | ) |
| BRIGHT VOLUNTEER FIRE COMPANY INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY AND ORDER FROM SETTLEMENT CONFERENCE

The parties appeared in person and by counsel for a settlement conference on November 12, 2025.

The parties reached an agreement in principle and executed a terms sheet in the presence of the Court. The Court GRANTED Plaintiff's unopposed motion to withdraw his Motion for Class Certification Under the FLSA and Rule 23, Dkt. [34]. The Clerk is directed to show said Motion as withdrawn.

The conference concluded without further order.

Date: 11/14/2025

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

ALL ECF- registered counsel of record via email generated by the court's ECF system